ID number 20

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

⬛ - 4 2011

CLERK, U.S. DISTRICT COURT
By _____ Deputy

United States District Court Northern District of Texas

LFP Internet Group, LLC                     case number 3:10-cv-02095-M
       v.
   Does 1-3,120                             charter case number 10-5114


This is a letter of opposition to LFP Internet Group's demand that Charter Communications release my account information, address, telephone number, E-mail address (es), and modem MAC address to them.

Do to time constraints of the subpoena I have been unable to determine to validity of the claims that prompted this invasion of privacy, or determine the security of my computing networks which might have lead to this alleged infringement. Further more the subpoena was delivered the evening December 24 so close to the holidays I have as yet been unable to find suitable representation in cyber and copyright law prior to the objection deadline to make a proper informed challenge to this impending litigation.

The release of my information prior to consideration of the above facts exposes my self and each of the other Doe defendants to active solicitation and threats of further litigation with out any proof of wrong doing.

December 31, 2010                           _____

SAINT LOUIS MO 630
31 DEC 2010 PM 6 T

Clerk's Office
1100 Commerce Street, Room 1452
Dallas, TX 75242

RECEIVED
JAN - 4 2011
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

75242+1310