IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LFP INTERNET GROUP, LLC, A DELAWARE COMPANY, | § § § § § | |
| Plaintiff, | § | |
| v. | § § | No. 3:10-cv-2095-M |
| DOES 1–3,120, | § § | |
| Defendants. | § § | |

**ORDER**

On November 22, 2010, Magistrate Judge Ramirez issued an Order Granting Plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference [Docket Entry #8]. Since the filing of that Order, several of the Doe Defendants have filed objections to the release of identifying information by their internet service providers, which were served with subpoenas pursuant to the Magistrate Judge's Order. The objections filed [Docket Entries #s 9–20] and any similar objections filed in the future are hereby **REFERRED** to Magistrate Judge Ramirez for hearing, if necessary, and recommendation or determination.

All future filings regarding the referred objections should be addressed to the United States Magistrate Judge, not to the District Judge, and should be accompanied by a transmittal letter addressed to the Magistrate Judge, so that filings will reach her without delay.

**SO ORDERED**.

January 10, 2011.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
**NORTHERN DISTRICT OF TEXAS**