To the UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS

I have received a subpoena from Charter Communications, Inc. demanding the release of my personally identifiable information regarding the court case: LFP Internet Group, LLC v. Does 1-3,120, 3:10-cv-02095-M. I object to the release of my personal information.

- Charter Case Number: 10-5114

    ID Number: 87



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 11 2011
CLERK, U.S. DISTRICT COURT
By _____
Deputy



U.S. District Court
Northern District of Texas
1100 Commerce St
#1452
Dallas, Texas 75242